**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUSAN RODRIGUEZ-PEREZ,

    Plaintiff,

v.                                          Case No:   6:23-cv-2457-RBD-LHP

BARCLAYS BANK DELAWARE,

    Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   JOINT UNOPPOSED MOTION TO CONDUCT MEDIATION BY VIDEO CONFERENCE (Doc. No. 28)
>
> **FILED:**     March 20, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

With the mediator's consent, the parties may conduct the June 12, 2024 mediation by videoconference. The parties and/or their representatives must be present throughout the duration of the mediation, just as if they were attending the

mediation in person. However, the parties are cautioned that if the remote mediation is unsuccessful, they may be required to mediate again in person.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties